UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| RICHARD JOSE DUPREE, JR., | ) | 1:11-CV-1193 GSA PC |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING CLERK OF THE |
| v. | ) | COURT TO REDESIGNATE CASE AS A |
| | ) | REGULAR CIVIL ACTION |
| KIM STEPHENS et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Richard Jose Dupree, Jr, a state prisoner, appearing pro se and proceeding in forma pauperis, filed the instant complaint on May 31, 2011. (Doc. 1 ).  There was an intradistrict transfer of this case to the Fresno Division from the Sacramento Division on July 19, 2011. (Doc. 5). Plaintiff files this civil rights action pursuant to 42 U.S.C. §1983.  Although Plaintiff is a prisoner, the case does not relate to conditions of his confinement at a California State prison.  Instead, Plaintiff's complaint makes allegations of misconduct against several members of the media.  As such, it has been determined that his case should proceed as a regular civil action.  Accordingly, the Clerk of the Court is directed to redesignate this case to a regular civil action.  The new case number for this action, which must be used on all future documents filed with the Court is:

**1:11-CV-1193 GSA**

All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay

1  in your documents being received by the correct judicial officer.
2       IT IS SO ORDERED.
3       **Dated:**  **July 21, 2011**          /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE